UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, MASSACHUSETTS LABORERS' PENSION FUND, MASSACHUSETTS LABORERS' ANNUITY FUND, NEW ENGLAND LABORERS' TRAINING TRUST FUND and MASSACHUSETTS LABORERS' LEGAL SERVICES FUND, Plaintiffs, vs. PATRIOT TRAFFIC LLC, Defendant. | C.A. No. 18-11201 DJC |

## NOTICE OF DISMISSAL

Now come the Plaintiffs, Trustees of the Massachusetts Laborers' Health and Welfare Fund, *et al.*, pursuant to Federal Rule of Civil Procedure 41(a)(1), to notify the Court that Plaintiffs' claims against Defendant Patriot Traffic LLC are dismissed without prejudice and without costs.

Respectfully submitted,

TRUSTEES OF THE MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, *et al.*,

By their attorneys,

/s/ Nathan P. Goldstein
Anne R. Sills, Esq., BBO No. 546576
Nathan P. Goldstein, Esq., BBO No. 666101
Sasha N. Gillin, Esq., BBO No. 690769
Segal Roitman, LLP
33 Harrison Avenue, 7th Floor
Boston, MA  02111

                                               (617) 742-0208 Ext. 253
                                               ngoldstein@segalroitman.com

Dated: June 21, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that the above Notice of Dismissal has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by certified and first class mail, postage prepaid, upon the Defendant, Patriot Traffic LLC at 531 Pond Street, Suite 3, Braintree, MA 02184 on this 21st day of June, 2019.

                                               /s/ Nathan P. Goldstein
                                             Nathan P. Goldstein, Esq.

NPG/npg&ts
6306-18155/noticeofdismisssal.doc